**Jose Juan Barajas CHAVEZ; Norma Barajas, Petitioners,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

**No. 06–71442.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 11, 2009.*

Filed Aug. 17, 2009.

R.App. P. 34(a)(2).

Jose Juan Barajas Chavez, Anaheim, CA, pro se.

CAC–District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Greg D. Mack, Esquire, Oil, Hillel Smith, Esquire, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before: KLEINFELD, M. SMITH, and IKUTA, Circuit Judges.

## MEMORANDUM **

Jose Juan Barajas Chavez and his wife, Norma Barajas, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen removal proceedings. Our jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of

** This disposition is not appropriate for publication and is not precedent except as provid-

discretion the denial of a motion to reopen, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir.2003), and we dismiss the petition for review.

Barajas Chavez presented no evidence with the motion other than the arguments made in the motion itself, which, *inter alia*, concerned the same basic and dispositive hardship grounds as their applications for cancellation of removal. This court therefore lacks jurisdiction to review the BIA's discretionary determination that the evidence would not alter its prior discretionary determination that they failed to establish the requisite hardship. *See Fernandez v. Gonzales*, 439 F.3d 592, 600 (9th Cir.2006) (8 U.S.C. § 1252(a)(2)(B)(i) bars this court from reviewing the denial of a motion to reopen where "the only question presented is whether [the] new evidence altered the prior, underlying discretionary determination that [the petitioner] had not met the hardship standard.") (internal quotations and brackets omitted).

**PETITION FOR REVIEW DISMISSED.**